**U.S. District Court**

**Southern District of Illinois**

**Notice of Electronic Filing**

The following transaction was entered on 1/5/2026 at 12:40 PM CST and filed on 1/5/2026

**Case Name:** House v. Wills et al

**Case Number:** [3:22-cv-02316-GCS](3:22-cv-02316-GCS)

**Filer:**

**WARNING: CASE CLOSED on 09/22/2025**

**Document Number:** 58(No document attached)

**Docket Text:**
**ORDER GRANTING Plaintiff's motion to proceed in forma pauperis ("IFP") on appeal (Doc. 54). The Court finds that Plaintiff is indigent and is unable to certify that this appeal is not taken in good faith. Accordingly, pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $405.32. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court upon receipt of this Order. Plaintiff shall make monthly payments of 20% of the preceding month's income credited to Plaintiff's prison trust fund account (including all deposits to the inmate account from any source) until the $605.00 filing and docketing fee is paid in full. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of this Court each time the amount in the account exceeds $10 until the $605.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk is DIRECTED to mail a copy of this Order to the United States Court of Appeals, to Plaintiff, and to the Trust Fund Officer at Western Illinois Correctional Center upon entry of this Order. Signed by Magistrate Judge Gilbert C. Sison on 1/5/2026. (mado)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED.**

**3:22-cv-02316-GCS Notice has been electronically mailed to:**

Nicholas Childress     [nchildress@cassiday.com](mailto:nchildress@cassiday.com), [dwallace@cassiday.com](mailto:dwallace@cassiday.com)

Timothy P. Dugan    tdugan@cassiday.com, mbyers@cassiday.com

**3:22-cv-02316-GCS Parties and Attorneys without registered email addresses requiring notice by other means:**

James House
R43611
WESTERN ILLINOIS CORRECTIONAL CENTER
2500 Route 99 South
Mount Sterling, IL 62353